1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  NICK ROSS, KARIM KURDI and          )  CASE NO.  CV10-2806 ODW (Ex)
    MARK HASSAN,                          )
12              Plaintiffs,              )  [PROPOSED] PROTECTIVE ORDER
                                          )
13         v.                            )
                                          )
14  CITY OF LOS ANGELES, A               )
    MUNICIPAL CORPORATION,               )
15  BRANDON JAMES VALDEZ,                )
    PATRICK ANTHONY FITZGERALD,          )
16                                        )
           Defendants.                    )
17  _____ )
                                          )
18  and All Related Cross-Actions.       )
                                          )
19  _____ )

20        The parties having so stipulated, and good cause appearing, the Stipulated

21  Protective Order filed by the parties is hereby granted.

22        IT IS SO ORDERED:

23

24

25  DATED: 1/24/11

26                          CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE
27

28