# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROSS, KARIM KURDI AND MARK HASSAN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, A MUNICIPAL CORPORATION, BRANDON JAMES VALDEZ, individually and in his official capacity as a police officer, PATRICK ANTHONY FITZGERALD, individually and in his official capacity as a police officer and DOES 1 THROUGH 8, INCLUSIVE, in their individual and official capacities,<br><br>Defendants. | CASE NO. CV-10-2806 ODW (Ex)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by Plaintiffs and Third Party County of Los Angeles is hereby granted.

IT IS SO ORDERED:

DATED: 4/13/11

_____
Charles F. Eick
United States Magistrate Judge

Protective Order                                    1