O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROSS, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-2806-ODW(Ex)<br><br>**ORDER REQUESTING MEDIATION STATUS REPORT** |

On November 27, 2012, the parties informed the Court that they would mediate the case before Ivan K. Stevenson on December 7, 2012. (ECF No. 217.) Plaintiffs are hereby **ORDERED** to file a brief mediation status report as soon as practicable, but in no event later than December 17, 2012, addressing the outcome of that mediation.

**IT IS SO ORDERED.**

December 12, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**