**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN146602)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038, Fax No.: (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROSS, KARIM KURDI and MARK HASSAN,<br><br>　　　　Plaintiffs,<br>v.<br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | CASE NO. CV10-2806 ODW (Ex)<br><br>**NOTICE OF SETTLEMENT; STIPULATION TO VACATE DATES AND DEADLINES; [PROPOSED] ORDER**<br><br>U.S. District Judge Otis D. Wright II |

**TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:**

Plaintiffs and Counterdefendants NICK ROSS, KARIM KURDI and MARK HASSAN (through the Law Offices of Leo James Terrell), Defendant and Cross Defendant CITY OF LOS ANGELES (through Office of the City Attorney), Defendant PATRICK ANTHONY FITZGERALD (through the Law Offices of Thomas J. Feeley) and Defendant/Counterclaimant/Cross-complainant BRANDON VALDEZ (through the Law Offices of Fullerton & Hanna) hereby advise the Court that all the parties have reached a tentative settlement in this matter as to all parties and claims. The settlement calls for payment from the City to plaintiffs and their counsel and payment to Valdez's counsel, both of which will have to approved by the City's governing boards. That process should be completed in three weeks, and then the parties will exchange

settlement documents, including releases and requests for dismissal in exchange for the settlement drafts, which should take an additional five weeks.

Whereas the parties do not wish incur additional attorneys' fees, nor burden the Court with voluminous trial documents, and whereas the settlement was reached globally, and in good faith, the parties hereby stipulate and agree the Court may advance and vacate the Final Pretrial Conference and Trial dates, and set a Status Conference Re: Settlement in approximately 60 days. A proposed order to that regard has been approved and is attached hereto.

IT IS SO STIPULATED AND AGREED:

DATED: January 10, 2013    LAW OFFICES OF LEO J. TERRELL

By: ___/s/___
LEO J. TERRELL

Attorneys for Plaintiffs and Counterdefendants
NICK ROSS, KARIM KURDI and MARK HASSAN

DATED: January 10, 2013    CARMEN A. TRUTANICH, City Attorney

By: ___/s/___
GEOFFREY PLOWDEN
Deputy City Attorney

Attorneys for Defendant CITY OF LOS ANGELES

DATED: January 10, 2013    LAW OFFICES OF THOMAS J. FEELEY

By: ___/s/___
THOMAS J. FEELEY

Attorneys for Defendant PATRICK A. FITZGERALD

DATED: January 10, 2013    LAW OFFICES OF FULLERTON & HANNA

By: ___/s/___
LAWRENCE J. HANNA

Attorneys for Defendant and Counterplaintiff
BRANDON VALDEZ