**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN146602)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038, Fax No.: (213) 978-8785

Attorneys for Defendant and Cross-Defendant CITY OF LOS ANGELES, a municipal corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROSS, KARIM KURDI and MARK HASSAN,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, A MUNICIPAL CORPORATION, BRANDON JAMES VALDEZ, PATRICK ANTHONY FITZGERALD,<br><br>    Defendants. | CASE NO. CV10-2806 ODW (Ex)<br><br>**REQUEST FOR ORDER OF DISMISSAL OF ENTIRE ACTION FOLLOWING SETTLEMENT**<br><br>**[PROPOSED] ORDER**<br><br>U.S. District Judge Otis D. Wright II |
| BRANDON JAMES VALDEZ,<br><br>    Defendant and Counter-claimant,<br>v.<br><br>CITY OF LOS ANGELES, a Municipal Corporation,<br><br>    Defendant and Cross-defendant, | |
| BRANDON JAMES VALDEZ,<br><br>    Defendant and Counter-claimant,<br>v.<br><br>NICK ROSS, KARIM KURDI and MARK HASSAN,<br><br>    Plaintiffs and Cross-defendants, | |

1  Whereas the parties have settled this matter globally as to all claims, parties, costs and attorneys' fees, and

3  Whereas mutual releases have been executed, and

4  Whereas the settlement proceeds have been exchanged, and

5  Whereas the parties all agree the matter before the Court may now be dismissed,

6  The parties agree and stipulate, through their various counsel, that the Court may now **Order this matter Dismissed with Prejudice**, and advance and vacate all hearings, dates and deadlines.

9  IT IS SO STIPULATED AND AGREED:

10 DATED: March 4, 2013        LAW OFFICES OF LEO J. TERRELL

                               By: ____/s/_____
                                   LEO J. TERRELL

                               Attorneys for Plaintiffs and Counterdefendants
                               NICK ROSS, KARIM KURDI and MARK HASSAN

15 DATED: March 4, 2013        CARMEN A. TRUTANICH, City Attorney

                               By: ____/s/_____
                                   GEOFFREY PLOWDEN
                                   Deputy City Attorney

                               Attorneys for Defendant CITY OF LOS ANGELES

20 DATED: March 4, 2013        LAW OFFICES OF THOMAS J. FEELEY

                               By: ____/s/_____
                                   THOMAS J. FEELEY

                               Attorneys for Defendant PATRICK A. FITZGERALD

24 DATED: March 4, 2013        FULLERTON & HANNA, LLP.

                               By: ____/s/_____
                                   LAWRENCE J. HANNA

                               Attorneys for Defendant and Counterplaintiff
                               BRANDON VALDEZ