JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROSS, KARIM KURDI and MARK HASSAN,<br><br>        Plaintiffs,<br>  v.<br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants.<br>AND RELATED CROSS-ACTIONS | CASE NO. CV10-2806 ODW (Ex)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION**<br><br>U.S. District Judge Otis D. Wright II |

    The parties having stipulated that the entire matter is settled and the Court may order the matter dismissed with prejudice.

    The Court hereby orders as follows:

    This matter is dismissed with prejudice. All future hearing dates and deadlines are advanced and vacated.

    IT IS SO ORDERED.

DATED: March 4, 2013

                                          HONORABLE OTIS D. WRIGHT II
                                        United States District Court Judge